1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

FILED

2005 AUG 31  P 12: 12

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | MAG. NO. 05-0213 LJO |
| Plaintiff,   ) | ORDER |
| v.   ) | |
| JOSEPH MITCHELL RAMIREZ,   ) | |
| Defendant.   ) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: August 30, 2005

Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1