(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR    Defendant, JOSEPH RAMIREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA,  | Case No.:  05-CR-00315-OWW |
|---|---|
| Plaintiff, | **AMENDED ORDER REGARDING MODIFICATION OF CONDITIONS ON RELEASE** |
| vs. | |
| JOSEPH RAMIREZ, et al., | |
| Defendants. | |

Upon the stipulation of the Parties and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

The conditions of release in this matter are hereby modified.  Joseph Mitchell Ramirez shall be released on his own recognizance forthwith under the same terms and conditions previously imposed save and except that the property bond in the amount of $260,000.00 posted by the father, Brad Peterson, is ordered to be released and exonerated.  The Clerk of the Court is forthwith ordered to do all things necessary to exonerate the

///

///

///

collateralization and reconvey all interests in said property to Brad Peterson.

**O R D E R**

**IT IS SO ORDERED.**

DATED: _Feb. 15, 2006

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge, U.S. District Court