# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 05-CR-0315 OWW |
| Joseph Mitchell Ramirez ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Joseph Mitchell Ramirez__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

deleting the following conditions -

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-31-06          _____  4-13-06
Signature of Defendant      Date              Pretrial Services Officer   Date
Joseph Mitchell Ramirez

I have reviewed the conditions and concur that this modification is appropriate.

_____          4/13/06
Signature of Assistant United States Attorney       Date
Karen A. Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          4-10-06
Signature of Defense Counsel                         Date
Richard Berman

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __4/14/06__.
☐ The above modification of conditions of release is *not* ordered.

_____          4/14/06
Signature of Judicial Officer  SM SNYDER            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services