UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:05-CR-315 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| JOSEPH MITCHELL RAMIREZ, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been sentenced to a term of probation;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

IT IS SO ORDERED.

**Dated:   May 18, 2006**             /s/ Oliver W. Wanger
emm0d6                                UNITED STATES DISTRICT JUDGE